```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06MJ18 (D. Nebr.) |
| Plaintiff, | ) | CR 06-50008 (D. S.Dak.) |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DUKAN WOUL, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Brian S. Munnelly is appointed to represent the above named defendant in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Brian S. Munnelly.

DATED this 23rd day of February, 2006.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge